IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KORRINE HERLTH,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MERCK & CO., INC., a New Jersey Corporation; and MERCK SHARP & DOHME CORP., a New Jersey Corporation,<br><br>　　　　　Defendants. | Case No. 3:21-cv-00438-JAM |

### [PROPOSED] ORDER GRANTING MOTION TO STAY ACTION PENDING MDL RULING

Upon consideration of Plaintiff Korrine Herlth's Motion to Stay, and any response thereto, and **GOOD CAUSE APPEARING**, it is hereby **ORDERED** that this action is **STAYED** pending a decision by the Joint Panel on Multi-District Litigation ("JPML") on the consolidation of various pending Gardasil-related products liability actions, including the instant action.

**IT IS SO ORDERED**.

Dated:  April ____, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey A. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2022, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record in this matter.

*/s/ Bijan Esfandiari*
Bijan Esfandiari